HARRY RANDALL, Appellant, *v.* HUGO C. SCHULTZ et al.,
　　　　　　Defendants.

BERTHA M. E. KUEHN, Respondent.

*Randall* v. *Schultz*, 129 App. Div. 925, appeal dismissed.
(Submitted May 2, 1909; decided June 18, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 13, 1909, which affirmed an order of Special Term
directing the cancellation of a notice of *lis pendens.*

*Uriah W. Tompkins* for appellant.

*Robert S. Kristeller* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F.
　FOODY, Appellant, *v.* THEODORE A. BINGHAM, as Police
　Commissioner of the City of New York, Respondent.

*People ex rel. Foody* v. *Bingham*, 129 App. Div. 925, affirmed.
(Submitted May 2, 1909; decided June 18, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 30, 1908, which confirmed the determination of the
defendant in dismissing the relator from the police force of
the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*Francis K. Pendleton,* Corporation Counsel (*James D.
Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.